IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DALE SATTAR,<br><br>　　　*Plaintiff*,<br><br>　v.<br><br>DET. CAMERON PARKER, *et al.*,<br><br>　　　*Defendants*. | CIVIL ACTION<br>NO. 18-05650 |

## <u>ORDER</u>

**AND NOW**, this 10th day of June, 2019, after consideration of Defendants' Motion to Dismiss, (ECF No. 6), and Plaintiff's Response, (ECF No. 9), it is hereby **ORDERED** that the Motion is **GRANTED**. The Clerk of Court shall close this case for statistical purposes.

　　　　　　　　　　　　　　　　　　BY THE COURT:


　　　　　　　　　　　　　　　　　　<u>***/s/ Gerald J. Pappert***</u>
　　　　　　　　　　　　　　　　　　GERALD J. PAPPERT, J.

1